IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE D. CRUISE,                              Case No. 6:11-cv-06199-ST

          Plaintiff,                              ORDER

   v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

          Defendant.

MARSH, Judge

    Magistrate Janice M. Stewart issued a Findings and Recommendation (#33) on September 28, 2012. The Magistrate Judge recommends that the Commissioner's final decision should be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); <u>see also</u> <u>United States v.</u>

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the court does not find any error.

### CONCLUSION

The court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (#33). Accordingly, the Commissioner's decision is AFFIRMED and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this __17__ day of OCTOBER, 2012.

Malcolm F. Marsh
United States District Judge