IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE D. CRUISE,　　　　　　　　　　　Case No. 6:11-cv-06199-ST

　　　　　Plaintiff,　　　　　　　　　　　　　　　ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

　　　　　Defendant.

MARSH, Judge

　　　Magistrate Janice M. Stewart issued a Findings and Recommendation (#33) on September 28, 2012. The Magistrate Judge recommends that the Commissioner's final decision should be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). No objections have been timely filed.

　　　When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see also United States v.

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the court does not find any error.

## CONCLUSION

The court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (#33). Accordingly, the Commissioner's decision is AFFIRMED and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this **17** day of OCTOBER, 2012.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER